ACCEPTED
03-14-00774-CV
7701600
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/5/2015 1:37:42 PM
JEFFREY D. KYLE
CLERK



**KEN PAXTON**
ATTORNEY GENERAL OF TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/5/2015 1:37:42 PM
JEFFREY D. KYLE
Clerk

November 5, 2015

Mr. Jeffrey D. Kyle          *Via File & ServeXpress*
Clerk of the Court
Third Court of Appeals
209 West 14th Street, Room 101
Austin, Texas 78701

Re:    Case No. 03-14-00774-CV; *Appellants, Texas State Board of Veterinary Medical Examiners, and Nicole Oria, in her Official Capacity as Executive Director/Cross-Appellant, Ellen Jefferson, D.V.M. v. Appellee, Ellen Jefferson, D.V.M./Cross-Appellees Texas State Board of Veterinary Medical Examiners, and Nicole Oria, in her Official Capacity as Executive Director*, Third Court of Appeals, Austin, Texas

Dear Mr. Kyle:

Pursuant to the Court's request, this is to confirm my intent to argue on behalf of Appellants/Cross-Appellees on December 16, 2015 at 9:00 a.m.

Thank you for your attention to this matter, and please advise if I may be of further assistance.

Sincerely,

*/s/ Ted A. Ross*
Ted A. Ross
Assistant Attorney General

cc:    David Brown (*Via E-Service*)
       Ryan Clinton (*Via E-Service*)

Post Office Box 12548, Austin, Texas 78711-2548 • (512) 463-2100 • www.texasattorneygeneral.gov